George F. Camerlengo (SBN 50232)
george@ccandjlaw.com
CAMERLENGO & JOHNSON
643 Bair Island Road, Ste. 400
Redwood City, CA 94063
Tel. (650) 366-2911
Fax (650) 365-7981

Attorney for Plaintiff
KRISTINNA GROTZ

Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINNA GROTZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SEIU-UNITED HEALTHCARE WORKERS WEST,<br><br>Defendants. | Case No.: CV 12 3539 J~~SC~~ EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL**<br><br>Complaint filed: July 6, 2012 |

It is hereby stipulated by Plaintiff Kristinna Grotz ("Grotz") and Defendant Kaiser Foundation Hospitals ("KFH"), as follows:

1. Grotz will dismiss with prejudice TPMG as a named defendant in this matter. Grotz and TPMG will bear their own fees and costs incurred in connection with this dismissal.

2. KFH stipulates it was Grotz's employer during all relevant times alleged in the Complaint in this matter, and that TPMG was not Grotz's employer during any relevant times alleged in the complaint in this matter. During the pendency of this action, neither Grotz nor KFH will assert otherwise.

IT IS SO STIPULATED.

Dated: August 24, 2012

CAMERLENGO & JOHNSON

By: /S/
George F. Camerlengo
Attorney for Plaintiff
Kristinna Grotz

Dated: August 24, 2012

MILLER LAW GROUP
A Professional Corporation

By: /S/
Michele B. Miller
Attorneys for Defendant
Kaiser Foundation Hospitals

## ORDER

As stipulated and agreed to by Plaintiff Kristinna Grotz and Defendant Kaiser Foundation Hospitals, defendant The Permanente Medical Group, Inc. is hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: 8/29, 2012

HONORABLE




4815-6485-6336, v. 1