1  George F. Camerlengo (SBN 50232)
     *george@ccandjlaw.com*
2  CAMERLENGO & JOHNSON
   643 Bair Island Road, Ste. 400
3  Redwood City, CA  94063
   Tel. (650) 366-2911
4  Fax (650) 365-7981

5  Attorney for Plaintiff
6  KRISTINNA GROTZ

7

8  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
   Katherine L. Kettler (SBN 231586)
9    *klk@millerlawgroup.com*
   MILLER LAW GROUP
10 A Professional Corporation
   111 Sutter Street, Suite 700
11 San Francisco, CA 94104
   Tel. (415) 464-4300
12 Fax (415) 464-4336

13
   Attorneys for Defendant
14 KAISER FOUNDATION HOSPITALS

15

16
                    IN THE UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  KRISTINNA GROTZ, an individual, | Case No.: CV 12 3539 J~~SC~~  EMC |
| 20          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| 21  v. | |
| 22 | |
| 23  KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SEIU-UNITED HEALTHCARE WORKERS WEST, | Complaint filed:  July 6, 2012 |
| 25 | |
| 26          Defendants. | |

27

28

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
**Case No.: CV 12 3539 JSC**

It is hereby stipulated by Plaintiff Kristinna Grotz ("Grotz") and Defendant Kaiser Foundation Hospitals ("KFH"), as follows:

1. Grotz will dismiss with prejudice TPMG as a named defendant in this matter. Grotz and TPMG will bear their own fees and costs incurred in connection with this dismissal.

2. KFH stipulates it was Grotz's employer during all relevant times alleged in the Complaint in this matter, and that TPMG was not Grotz's employer during any relevant times alleged in the complaint in this matter. During the pendency of this action, neither Grotz nor KFH will assert otherwise.

IT IS SO STIPULATED.

Dated: August 24, 2012					CAMERLENGO & JOHNSON

							By: _____/S/_____
							    George F. Camerlengo
							    Attorney for Plaintiff
							    Kristinna Grotz

Dated: August 24, 2012					MILLER LAW GROUP
							A Professional Corporation

							By: _____/S/_____
							    Michele B. Miller
							    Attorneys for Defendant
							    Kaiser Foundation Hospitals

**ORDER**

As stipulated and agreed to by Plaintiff Kristinna Grotz and Defendant Kaiser Foundation Hospitals, defendant The Permanente Medical Group, Inc. is hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: _____8/29_____, 2012    _____
HONORABLE

4815-6485-6336, v. 1



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen