Michele B. Miller (SBN 104198)
  mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

Bruce A. Harland (SBN 230477)
Yuri Y. Gottesman (SBN 264924)
  ygottesman@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Tel. (510) 337-1001
Fax (510) 337-1023

Attorneys for Defendant
SEIU, UHW - WEST

George F. Camerlengo (SBN 50232)
  george@candjlaw.com
CAMERLENGO & JOHNSON
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Tel. (650) 366-2911
Fax (650) 365-7981

Attorney for Plaintiff
KRISTINNA GROTZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINNA GROTZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SEIU-UNITED HEALTHCARE WORKERS WEST, | Case No.: CV 12 3539 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING ALL RELATED DEADLINES**<br><br>Complaint filed:  July 6, 2012 |

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**Case No.: CV 12 3539 EMC**

Defendants.

Pursuant to United States District Court for the Northern District of California, Local Rule 16-2 and the Court's August 20, 2012 Case Management Conference Order In Reassigned Cases (Docket No. 10), plaintiff Kristinna Grotz ("Plaintiff"), defendant Kaiser Foundation Hospitals ("Kaiser"), and defendant SEIU-United Healthcare Workers West ("Union") (collectively "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2012, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, the Court set the case management conference for November 9, 2012 in the above-referenced Action;

WHEREAS, on August 20, 2012, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Union filed its Motion To Dismiss The Complaint (Docket No. 8) ("Union's Motion");

WHEREAS, on August 28, 2012, pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f) and 12(g), Kaiser filed its Motion To Dismiss Plaintiff's First And Fourth Causes Of Action And Motion To Strike Regarding Plaintiff's Third Cause Of Action (Docket No. 14) ("Kaiser's Motion");

WHEREAS, on October 12, 2012, the Union's Motion and Kaiser's Motion were heard by the Court;

WHEREAS, on October 12, 2012, the Court issued an Order (Docket No. 23) granting, in part, and denying, in part, the Union's Motion. The Court took all other matters, including Kaiser's Motion, under submission.

1  WHEREAS, the parties require the benefit of the Court's ruling on Kaiser's Motion and Defendants' filed Answers to the Complaint in order to have a meaningful Federal Rule of Civil Procedure 26(f) conference of counsel and to prepare a joint case management conference statement that addresses all claims not dismissed by the Court and issues raised by the parties;

WHEREAS, this stipulation does not in any way constitute a responsive pleading by Defendants and Defendants reserve all arguments and affirmative defenses;

WHEREAS, the parties have not previously requested any continuances of Court set deadlines in this matter;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, to continue the Case Management Conference until Friday, **December 14, 2012** at 9:00 a.m., or as soon thereafter as ordered by the Court, and to continue the related dates as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference no later than **November 19, 2012;**
- The parties shall file their Joint Case Management Conference Statement by no later than **December 7, 2012**.

Good cause exists for the extension of the hearing, as set forth above.

/ / /

/ / /

/ / /

1     IT IS SO STIPULATED.

3   Dated: October 19, 2012                      MILLER LAW GROUP
                                                    A Professional Corporation

By:       /s/
     Katherine L. Kettler
     Attorneys for Defendant
     KAISER FOUNDATION HOSPITALS

Dated: October 19, 2012                    WEINBERG, ROGER & ROSENFELD
                                                A Professional Corporation

By:       /s/
     Yuri Y. Gottesman
     Attorneys for Defendant
     SEIU, UHW - WEST

Dated: October 19, 2012                    CAMERLENGO & JOHNSON
                                                A Professional Corporation

By:       /s/
     George F. Camerlengo
     Attorneys for Plaintiff
     KRISTINNA GROTZ

**ORDER**

Having reviewed the Stipulation executed by Plaintiff Kristinna Grotz, Defendant Kaiser Foundation Hospitals, and Defendant SEIU-United Healthcare Workers West, and good cause appearing, the Court hereby orders that the November 9, 2012 Case Management Conference be continued to **December 14, 2012**, at 9:00 a.m. before the Hon. Edward M. Chen, in Courtroom 5, 17th Floor, of the above captioned court.  All related deadlines will be extended as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference no later than **November 19, 2012**;
- The parties shall file their Joint Case Management Conference Statement by no later than **December 7, 2012**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __10/23/12_____   _____



Ho

4812-3186-6641, v. 1