1  Michele B. Miller (SBN 104198)
     mbm@millerlawgroup.com
2  Katherine L. Kettler (SBN 231586)
     klk@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
6  Fax (415) 464-4336

7  Attorneys for Defendant
   KAISER FOUNDATION HOSPITALS
8
   Bruce A. Harland (SBN 230477)
9  Yuri Y. Gottesman (SBN 264924)
     ygottesman@unioncounsel.net
10 WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
11 Alameda, CA 94501-1091
   Tel. (510) 337-1001
12 Fax (510) 337-1023

13 Attorneys for Defendant
   SEIU, UHW - WEST
14
   George F. Camerlengo (SBN 50232)
15   george@candjlaw.com
   CAMERLENGO & JOHNSON
16 643 Bair Island Road, Suite 400
   Redwood City, CA 94063
17 Tel. (650) 366-2911
   Fax (650) 365-7981
18
   Attorney for Plaintiff
19 KRISTINNA GROTZ

20                IN THE UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22

| KRISTINNA GROTZ, an individual, | Case No.: CV 12 3539 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING ALL RELATED DEADLINES** |
| v. | |
| KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SEIU-UNITED HEALTHCARE WORKERS WEST, | Complaint filed: July 6, 2012 |

1

Defendants.

Pursuant to United States District Court for the Northern District of California, Local Rule 16-2 and the Court's August 20, 2012 Case Management Conference Order In Reassigned Cases (Docket No. 10), plaintiff Kristinna Grotz ("Plaintiff"), defendant Kaiser Foundation Hospitals ("Kaiser"), and defendant SEIU-United Healthcare Workers West ("Union") (collectively "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on August 20, 2012, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, the Court set the case management conference for November 9, 2012 in the above-referenced Action;

WHEREAS, on August 20, 2012, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Union filed its Motion To Dismiss The Complaint (Docket No. 8) ("Union's Motion");

WHEREAS, on August 28, 2012, pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f) and 12(g), Kaiser filed its Motion To Dismiss Plaintiff's First And Fourth Causes Of Action And Motion To Strike Regarding Plaintiff's Third Cause Of Action (Docket No. 14) ("Kaiser's Motion");

WHEREAS, on October 12, 2012, the Union's Motion and Kaiser's Motion were heard by the Court;

WHEREAS, on October 12, 2012, the Court issued an Order (Docket No. 23) granting, in part, and denying, in part, the Union's Motion. The Court took all other matters, including Kaiser's Motion, under submission.

WHEREAS, the parties require the benefit of the Court's ruling on Kaiser's Motion and Defendants' filed Answers to the Complaint in order to have a meaningful Federal Rule of Civil Procedure 26(f) conference of counsel and to prepare a joint case management conference statement that addresses all claims not dismissed by the Court and issues raised by the parties;

WHEREAS, this stipulation does not in any way constitute a responsive pleading by Defendants and Defendants reserve all arguments and affirmative defenses;

WHEREAS, the parties have not previously requested any continuances of Court set deadlines in this matter;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, to continue the Case Management Conference until Friday, **December 14, 2012** at 9:00 a.m., or as soon thereafter as ordered by the Court, and to continue the related dates as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference no later than **November 19, 2012;**
- The parties shall file their Joint Case Management Conference Statement by no later than **December 7, 2012**.

Good cause exists for the extension of the hearing, as set forth above.

/ / /

/ / /

/ / /

1   IT IS SO STIPULATED.

Dated: October 19, 2012                MILLER LAW GROUP
                                       A Professional Corporation


                                       By: _____/s/_____
                                           Katherine L. Kettler
                                           Attorneys for Defendant
                                           KAISER FOUNDATION HOSPITALS

Dated: October 19, 2012                WEINBERG, ROGER & ROSENFELD
                                       A Professional Corporation


                                       By: _____/s/_____
                                           Yuri Y. Gottesman
                                           Attorneys for Defendant
                                           SEIU, UHW - WEST


Dated: October 19, 2012                CAMERLENGO & JOHNSON
                                       A Professional Corporation


                                       By: _____/s/_____
                                           George F. Camerlengo
                                           Attorneys for Plaintiff
                                           KRISTINNA GROTZ

4

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**Case No.: CV 12 3539 EMC**

## ORDER

Having reviewed the Stipulation executed by Plaintiff Kristinna Grotz, Defendant Kaiser Foundation Hospitals, and Defendant SEIU-United Healthcare Workers West, and good cause appearing, the Court hereby orders that the November 9, 2012 Case Management Conference be continued to **December 14, 2012**, at 9:00 a.m. before the Hon. Edward M. Chen, in Courtroom 5, 17th Floor, of the above captioned court. All related deadlines will be extended as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference no later than **November 19, 2012**;
- The parties shall file their Joint Case Management Conference Statement by no later than **December 7, 2012**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____10/23/12_____     _____
                                       Ho

4812-3186-6641, v. 1

---

5

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**
**Case No.: CV 12 3539 EMC**