1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Katherine L. Kettler (SBN 231586)
     *klk@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
7  Attorneys for Defendants
   KAISER FOUNDATION HOSPITALS
8
   Bruce A. Harland (SBN 230477)
9  Manuel Boigues (SBN 248990)
     mboigues@unioncounsel.net
10 WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
11 Alameda, CA 94501-1091
   Tel. (510) 337-1001
12 Fax (510) 337-1023

13 Attorneys for Defendant
   SEIU, UHW - WEST
14
   George F. Camerlengo (SBN 50232)
15   *george@candjlaw.com*
   CAMERLENGO & JOHNSON
16 643 Bair Island Road, Suite 400
   Redwood City, CA 94063
17 Tel. (650) 366-2911
   Fax (650) 365-7981
18
   Attorney for Plaintiff
19 KRISTINNA GROTZ

20

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINNA GROTZ, an individual, | Case No.: CV 12 3539 EMC |
| Plaintiff, | **STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE THE DEADLINES SET IN THE COURT'S CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)** |
| v. | |
| KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, | Denied |

1

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

| | |
|---|---|
| INC., SEIU-UNITED HEALTHCARE WORKERS WEST,<br><br>Defendants. | Complaint filed: July 6, 2012 |

Pursuant to United States District Court of the Northern District of California's Local Rule ("Local Rule") 6-2(a), Plaintiff Kristinna Grotz ("Plaintiff") Defendant Kaiser Foundation Hospitals ("Kaiser") and SEIU-United Healthcare Workers West ("SEIU") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to revise the Court's Case Management and Pretrial Order for Jury Trial as follows:

WHEREAS, on May 10, 2013 the Court filed a Case Management and Pretrial Order for Jury Trial in this case;

WHEREAS, the Parties have not previously sought to continue or extend any of the deadlines set by the Court's Case Management and Pretrial Order;

WHEREAS, the Parties are engaged in discovery and require additional time to complete key depositions and discovery in this case; and

WHEREAS, the Parties seek the opportunity to engage in further settlement negotiations after the completion of the key depositions.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their respective undersigned attorneys of record, that, pursuant to Local Rule 6-

2

**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**

2(a), and having met and conferred regarding their respective calendars and availability, that the dates set by the Case Management and Pretrial Order be continued, as follows:

| Event | Current Date | New Date |
|---|---|---|
| File Updated Joint Status Report | October 3, 2013 | **December 2, 2013** |
| Further Status Conference | October 25, 2013 | **December 5, 2013** |
| Last Day to Serve Written Discovery (by hand) | October 29, 2013 | **February 28, 2014** |
| Fact Discovery Cut off | November 28, 2013 | **March 31, 2014** |
| Expert Reports Due | November 28, 2013 | **March 31, 2014** |
| Last Day to Serve (by hand expert related discovery | December 10, 2013 | **April 14, 2014** |
| Rebuttal Expert Reports | December 19, 2013 | **April 25, 2014** |
| Expert Discovery cut off | January 9, 2014 | **May 9, 2014** |
| Last date for motion hearing | February 20, 2014 | **June 23, 2014** |
| Trial and all related dates | May 19, 2014 | **Push four months (or as Court can scheduled)** |

IT IS SO STIPULATED:

Dated: September 26, 2013        CAMERLENGO & JOHNSON


By:   /s/ George F. Camerlengo
      George F. Camerlengo
      Attorneys for Plaintiff
      KRISTINNA GROTZ

Dated: September 26, 2013        MILLER LAW GROUP
                                 A Professional Corporation


By:   /s/ Michele Ballard Miller
      Michele Ballard Miller
      Attorneys for Defendant
      KAISER FOUNDATION HOSPITALS

Dated: September 26, 2013        WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation


By:   /s/ Manuel A. Boigues
      Manuel A. Boigues
      Attorneys for Defendant
      SEIU-UNITED HEALTHCARE
      WORKERS-WEST

3
**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**

## **ORDER**

Having reviewed the Stipulation executed by Plaintiff KRISTINNA GROTZ, Defendant KAISER FOUNDATION HOSPITALS and Defendant SEIU-UNITED HEALTHCARE WORKERS WEST and good cause appearing, the Court hereby orders that the dates set by the Case Management and Pretrial Order be continued, as follows:

| Event | New Date |
|---|---|
| File Updated Joint Status Report | **December 2, 2013** |
| Further Status Conference | **December 5, 2013** |
| Last Day to Serve Written Discovery (by hand) | **February 28, 2014** |
| Fact Discovery Cut off | **March 31, 2014** |
| Expert Reports Due | **March 31, 2014** |
| Last Day to Serve (by hand expert related discovery | **April 14, 2014** |
| Rebuttal Expert Reports | **April 25, 2014** |
| Expert Discovery cut off | **May 9, 2014** |
| Last date for motion hearing | **June 23, 2014** |
| Trial and all related dates | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   (Denied. See CMC Statement filed 10/11/13)

Dated:  10/10/13  _____

_____
Hon. Edward M. Chen

4824-2091-2149, v. 1



4

**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**