Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
  klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS

Bruce A. Harland (SBN 230477)
Manuel Boigues (SBN 248990)
  mboigues@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Tel. (510) 337-1001
Fax (510) 337-1023

Attorneys for Defendant
SEIU, UHW - WEST

George F. Camerlengo (SBN 50232)
  george@candjlaw.com
CAMERLENGO & JOHNSON
643 Bair Island Road, Suite 400
Redwood City, CA 94063
Tel. (650) 366-2911
Fax (650) 365-7981

Attorney for Plaintiff
KRISTINNA GROTZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINNA GROTZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, | Case No.: CV 12 3539 EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE THE DEADLINES SET IN THE COURT'S CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)**      Denied |

1

| | |
|---|---|
| INC., SEIU-UNITED HEALTHCARE WORKERS WEST,<br><br>Defendants. | Complaint filed: July 6, 2012 |

Pursuant to United States District Court of the Northern District of California's Local Rule ("Local Rule") 6-2(a), Plaintiff Kristinna Grotz ("Plaintiff") Defendant Kaiser Foundation Hospitals ("Kaiser") and SEIU-United Healthcare Workers West ("SEIU") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate to revise the Court's Case Management and Pretrial Order for Jury Trial as follows:

WHEREAS, on May 10, 2013 the Court filed a Case Management and Pretrial Order for Jury Trial in this case;

WHEREAS, the Parties have not previously sought to continue or extend any of the deadlines set by the Court's Case Management and Pretrial Order;

WHEREAS, the Parties are engaged in discovery and require additional time to complete key depositions and discovery in this case; and

WHEREAS, the Parties seek the opportunity to engage in further settlement negotiations after the completion of the key depositions.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, by and through their respective undersigned attorneys of record, that, pursuant to Local Rule 6-

2

**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**

2(a), and having met and conferred regarding their respective calendars and availability, that the dates set by the Case Management and Pretrial Order be continued, as follows:

| Event | Current Date | New Date |
|---|---|---|
| File Updated Joint Status Report | October 3, 2013 | **December 2, 2013** |
| Further Status Conference | October 25, 2013 | **December 5, 2013** |
| Last Day to Serve Written Discovery (by hand) | October 29, 2013 | **February 28, 2014** |
| Fact Discovery Cut off | November 28, 2013 | **March 31, 2014** |
| Expert Reports Due | November 28, 2013 | **March 31, 2014** |
| Last Day to Serve (by hand expert related discovery | December 10, 2013 | **April 14, 2014** |
| Rebuttal Expert Reports | December 19, 2013 | **April 25, 2014** |
| Expert Discovery cut off | January 9, 2014 | **May 9, 2014** |
| Last date for motion hearing | February 20, 2014 | **June 23, 2014** |
| Trial and all related dates | May 19, 2014 | **Push four months (or as Court can scheduled)** |

IT IS SO STIPULATED:

Dated:  September 26, 2013               CAMERLENGO & JOHNSON


                                          By:   /s/ George F. Camerlengo
                                              George F. Camerlengo
                                              Attorneys for Plaintiff
                                              KRISTINNA GROTZ

Dated:  September 26, 2013               MILLER LAW GROUP
                                          A Professional Corporation


                                          By:   /s/ Michele Ballard Miller
                                              Michele Ballard Miller
                                              Attorneys for Defendant
                                              KAISER FOUNDATION HOSPITALS

Dated:  September 26, 2013               WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          By:   /s/ Manuel A. Boigues
                                              Manuel A. Boigues
                                              Attorneys for Defendant
                                              SEIU-UNITED HEALTHCARE
                                              WORKERS-WEST

**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**

**ORDER**

Having reviewed the Stipulation executed by Plaintiff KRISTINNA GROTZ, Defendant KAISER FOUNDATION HOSPITALS and Defendant SEIU-UNITED HEALTHCARE WORKERS WEST and good cause appearing, the Court hereby orders that the dates set by the Case Management and Pretrial Order be continued, as follows:

| Event | New Date |
| --- | --- |
| File Updated Joint Status Report | **December 2, 2013** |
| Further Status Conference | **December 5, 2013** |
| Last Day to Serve Written Discovery (by hand) | **February 28, 2014** |
| Fact Discovery Cut off | **March 31, 2014** |
| Expert Reports Due | **March 31, 2014** |
| Last Day to Serve (by hand expert related discovery | **April 14, 2014** |
| Rebuttal Expert Reports | **April 25, 2014** |
| Expert Discovery cut off | **May 9, 2014** |
| Last date for motion hearing | **June 23, 2014** |
| Trial and all related dates | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  (Denied. See CMC Statement filed 10/11/13)

Dated: 10/10/13 _____

_____
Hon. Edward M. Chen

4824-2091-2149, v. 1



4

**STIP. AND [PROPOSED] ORDER TO CONT. THE DEADLINES SET IN THE COURT'S CASE MGMT. & PRETRIAL ORDER FOR JURY TRIAL FILED MAY 10, 2013 PURSUANT TO LOCAL RULE 6-2(a)- Case No.: CV 12 3539 EMC**

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA