George F. Camerlengo, State Bar No. 50232
CAMERLENGO & JOHNSON
643 Bair Island Road, Ste. 400
Redwood City, CA  94063
Telephone:  (650) 366-2911
Fax: (650) 365-7981
george@candjlaw.com

Attorney for Plaintiff
KRISTINNA GROTZ

Michele Ballard Miller (SBN 104198)
 mbm@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

Bruce A. Harland (SBN 230477)
Manuel Boigues   (SBN 264924)
mboigues@unioncounsel.net
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Tel. (510) 337-1001
Fax (510) 337-1023

Attorneys for Defendant
SEIU, UHW - WEST

IN THE UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINNA GROTZ, an individual, <br><br> Plaintiff, <br> vs. <br><br> KAISER FOUNDATION HOSPITALS, INC., THE PERMANENTE MEDICAL GROUP, INC., SEIU-UNITED HEALTHCARE WORKERS WEST, <br><br> Defendants. | **Case No. CV 12 3539 EMC** <br><br> **STIPULATION OF DISMISSAL** |

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 22, 2014                              CAMERLENGO & JOHNSON

                                                     By: _____/S/_____
                                                         George F. Camerlengo
                                                         Attorney for Plaintiff
                                                         KRISTINNA GROTZ


Dated: January 22, 2014                              MILLER LAW GROUP
                                                     A Professional Corporation

                                                     By:_____/S/_____
                                                         Michele Ballard Miller
                                                         Attorneys for Defendant
                                                         KAISER FOUNDATION HOSPITALS


Dated: January 22, 2014                              WEINBERG, ROGER & ROSENFELD
                                                     A Professional Corporation

                                                     By: _____/S/_____
                                                         Manuel Boigues
                                                         Attorneys for Defendant

2

## ATTESTATION UNDER ECF GENERAL ORDER 45

### DECLARATION OF GEORGE F. CAMERLENGO

Pursuant to ECF General Order 45, I, George F. Camerlengo, declare as follows:

1.      The signatories listed above, Michele Miller and Manual Boigues, are the attorneys of record for Defendant Kaiser Foundation Hospital and SEIU-United Healthcare WEST, respectively.

2.      Concurrent with the e-filing of the within Stipulation of Dismissal, George Camerlengo obtained authority from Ms. Miller and Mr. Boigues to use their electronic signatures, in lieu of their signatures on the Stipulation;

3.      The Law Offices of Camerlengo & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 22nd day of January, 2014, in Redwood City, California.

/S/      George F. Camerlengo
George F. Camerlengo

**STIPULATION OF DISMISSAL**                    **CASE NO.: CV 12 3539 EMC**

**[PROPOSED] ORDER**

Having reviewed the Stipulation executed by counsel for all parties to this action, Plaintiff Kristinna Grotz, Defendant Kaiser Foundation Hospitals and Defendant SEIU-UNITED HEALTHCARE WORKERS WEST, and good cause appearing, the Court hereby orders that the entire case be dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____                    _____

                                                                    Hon. Edward M. Chen

**STIPULATION OF DISMISSAL**                              **CASE NO.: CV 12 3539 EMC**