1  George F. Camerlengo, State Bar No. 50232
2  CAMERLENGO & JOHNSON
   643 Bair Island Road, Ste. 400
3  Redwood City, CA  94063
   Telephone:  (650) 366-2911
4  Fax: (650) 365-7981
   george@candjlaw.com
5

6  Attorney for Plaintiff
   KRISTINNA GROTZ
7

8  Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
   MILLER LAW GROUP
9  A Professional Corporation
   111 Sutter Street, Suite 700
10 San Francisco, CA 94104
11 Tel. (415) 464-4300
   Fax (415) 464-4336
12

13 Attorneys for Defendant
   KAISER FOUNDATION HOSPITALS
14

15 Bruce A. Harland (SBN 230477)
   Manuel Boigues   (SBN 264924)
   mboigues@unioncounsel.net
16 WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
17 Alameda, CA 94501-1091
   Tel. (510) 337-1001
18 Fax (510) 337-1023

19
   Attorneys for Defendant
20 SEIU, UHW - WEST

21                  IN THE UNITED STATES DISTRICT COURT

22                     NORTHEN DISTRICT OF CALIFORNIA

23 KRISTINNA GROTZ, an individual,      ) **Case No. CV 12 3539 EMC**
                  Plaintiff,             )
24       vs.                             ) **STIPULATION OF DISMISSAL**
                                         )
25 KAISER FOUNDATION HOSPITALS,          )
   INC., THE PERMANENTE MEDICAL          )
26 GROUP, INC., SEIU-UNITED              )
   HEALTHCARE WORKERS WEST,              )
27                                       )
                  Defendants.            )
28
                                         1

**STIPULATION OF DISMISSAL**                    **CASE NO.: CV 12 3539 EMC**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January 22, 2014                           CAMERLENGO & JOHNSON

                                                  By:      /S/
                                                      George F. Camerlengo
                                                      Attorney for Plaintiff
                                                      KRISTINNA GROTZ

Dated: January 22, 2014                           MILLER LAW GROUP
                                                  A Professional Corporation

                                                  By:      /S/
                                                      Michele Ballard Miller
                                                      Attorneys for Defendant
                                                      KAISER FOUNDATION HOSPITALS

Dated: January 22, 2014                           WEINBERG, ROGER & ROSENFELD
                                                  A Professional Corporation

                                                  By:      /S/
                                                      Manuel Boigues
                                                      Attorneys for Defendant

2

**STIPULATION OF DISMISSAL**                      **CASE NO.: CV 12 3539 EMC**

# ATTESTATION UNDER ECF GENERAL ORDER 45

DECLARATION OF GEORGE F. CAMERLENGO

Pursuant to ECF General Order 45, I, George F. Camerlengo, declare as follows:

1. The signatories listed above, Michele Miller and Manual Boigues, are the attorneys of record for Defendant Kaiser Foundation Hospital and SEIU-United Healthcare WEST, respectively.

2. Concurrent with the e-filing of the within Stipulation of Dismissal, George Camerlengo obtained authority from Ms. Miller and Mr. Boigues to use their electronic signatures, in lieu of their signatures on the Stipulation;

3. The Law Offices of Camerlengo & Johnson maintains a record to support this concurrence for subsequent production for the court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 22nd day of January, 2014, in Redwood City, California.

/S/     George F. Camerlengo
George F. Camerlengo

**STIPULATION OF DISMISSAL**                         **CASE NO.: CV 12 3539 EMC**

**[PROPOSED] ORDER**

Having reviewed the Stipulation executed by counsel for all parties to this action, Plaintiff Kristinna Grotz, Defendant Kaiser Foundation Hospitals and Defendant SEIU-UNITED HEALTHCARE WORKERS WEST, and good cause appearing, the Court hereby orders that the entire case be dismissed with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/27/14                                                                    _____
                                                                                            Chen



4

**STIPULATION OF DISMISSAL**                                              **CASE NO.: CV 12 3539 EMC**